1  THOMAS P. O'BRIEN
   Acting United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  JEAN M. TURK
5  Special Assistant United States Attorney
6  California Bar No.  131517
         333 Market Street, Suite 1500
7        San Francisco, California 94105
8        Telephone:  (415) 977-8976
         Facsimile:  (415) 744-0134
9        E-Mail: jean.turk@ssa.gov
10 Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CORNELIA MALICSE, ) | CV 07-8074 MAN |
| Plaintiff, ) | |
| v. ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | <u>JUDGMENT FOR PLAINTIFF</u> |
| SECURITY, ) | |
| Defendant. ) | |

The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Plaintiff, the Court hereby grants judgment for Plaintiff.

DATED:  July 6, 2009

_____/s/_____
MARGARET A. NAGLE
United States Magistrate Judge

-1-